FILED
JANUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED VAN LINES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **PAUL MEILINGER and BARBARA MEILINGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**08 C 145**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

## COMPLAINT

Plaintiff, United Van Lines, LLC (hereinafter "United"), files its Complaint against the Defendants, Paul Meilinger and Barbara Meilinger, (hereinafter "Defendants"), and in support thereof, states as follows:

### Jurisdiction

1. The Court has original jurisdiction over this matter by virtue of 28 U.S.C. §§ 1331 and 1337, as confirmed in Thurston Motor Lines v. Rand, 460 U.S. 533 (1983) and 28 U.S.C. § 1367. This action involves the collection of transportation charges for a shipment moving in interstate commerce, pursuant to the I.C.C. Termination Act of 1995, 49 U.S.C. §§ 13702, 13706, and 14705.

2. The matters complained of herein and the liability of the Defendants arises from the interstate carriage of Defendants' household goods and personal property from Naperville, Illinois to Pittsford, New York.

## Parties

3. United is a Missouri Limited Liability Company with its principal place of business in Fenton, Missouri. United is a motor carrier of household goods and personal property by authority of the Surface Transportation Board and the I.C.C. Termination Act of 1995, 49 U.S.C. § 13101 *et seq.* (2002).

4. Paul Meilinger and Barbara Meilinger are individuals who reside at 17 Nature View Pittsford, New York 14534.

## Venue

5. Venue is proper in the United States District Court, Northern District of Illinois, Eastern Division, in that a substantial part of the events and omissions giving rise to this action occurred in this District. 28 U.S.C. § 1391 (2002).

## COUNT I – Breach of Interstate Transportation Contract

Plaintiff, for Count I of its Complaint against Defendants, states as follows:

6. United realleges and incorporates paragraphs 1 through 5 of its Complaint by reference as if fully set forth herein.

7. The matters complained of herein and the liabilities of the Defendants are predicated upon the interstate transportation of household goods and personal property by United, pursuant to a Uniform Household Goods Bill of Lading and Freight Bill, and United's duly published tariffs incorporated therein by reference. 49 U.S.C. §§ 13702, 13706 (2006).

8. On or about June 5, 2007, Defendants entered into and accepted a contract with United for the interstate shipment of Defendants' household goods and personal property from Naperville, Illinois to Pittsford, New York. A true, accurate and complete copy of the Uniform Household Goods Bill of Lading and Freight Bill number 18-00372-7, which incorporates by reference United's published tariffs, is attached hereto as Exhibit "A".

9. The following terms are printed on the reverse side of the bill of lading entered into between United and Defendants:

> The shipper…upon tender of the shipment to carrier, and the consignee, upon acceptance of delivery of shipment from carrier, shall be liable…for all unpaid charges payable on account of a shipment in accordance with applicable tariffs….

10. On or about June 5, 2007, Defendants tendered to United their household goods and personal property for interstate transit from Naperville, Illinois to Pittsford, New York.

11. On or about June 8, 2007, United delivered the tendered household goods and personal property to Defendants at Pittsford, New York, pursuant to the Bill of Lading. The transportation and other related charges accruing from the interstate transportation of Defendants' household goods and personal property are $14,031.80. A true, complete and accurate copy of United's invoice dated June 28, 2007 is attached hereto as Exhibit "B".

12. The transportation services and other related services for the interstate carriage of Defendants' household goods and personal property were performed in accordance with the Bill of Lading and United's tariff provisions incorporated therein.

13. Defendants were the actual and beneficial owners, legal possessors, shippers and consignees of the household goods and personal property for which the interstate transportation services were provided by United pursuant to the attached Bill of Lading. In accordance with 49

U.S.C. §§ 13702 and 13706, United is obligated to collect, and Defendants are obligated to pay, the full applicable tariff charges due.

14.    Defendants accepted the shipment upon delivery in Pittsford, New York on or about June 8, 2007.

15.    United has performed all of the terms and conditions set forth in the attached Bill of Lading and there is due and owing the sum of $14,031.80 as unpaid tariff transportation charges and/or other related charges.

16.    Despite timely and repeated demands, Defendants have breached the Bill of Lading by failing and/or refusing to pay United any part of the outstanding transportation charges and other related charges.  Defendants are liable to United in the sum of $14,031.80 pursuant to the terms of the Bill of Lading, United's tariffs incorporated therein and the I.C.C. Termination Act of 1995, 49 U.S.C. §§ 13706, 13707.

WHEREFORE, United Van Lines, LLC, requests that the Court enter judgment in its favor and against the Defendants, for actual damages in the amount of $14,031.80, together with interest at the legal rate from the relative dates to the date of judgment, for the costs of this action, and for such other and further relief as the Court deems just and proper.

## COUNT II – UNJUST ENRICHMENT

Plaintiff, for Count II of its Complaint against Defendants, states as follows:

17.    United realleges and incorporates paragraphs 1 through 16 of its Complaint by reference as if fully set forth herein.

18. On or about June 5, 2007 through June 8, 2007, at the request of the Defendants, United transported Defendants' household goods and personal property from Naperville, Illinois to Pittsford, New York.

19. United tendered to Defendants work, labor, materials and services for which Defendants promised to pay the reasonable value thereof.

20. Defendants accepted delivery of their household goods and personal property on June 8, 2007 and thereby acknowledged their liability for the transportation charges and other related charges.

21. Defendants agreed to pay for the services provided by United.

22. United has conferred a benefit upon Defendants by providing them with the transportation and interstate transportation services as described above.

23. United, at the time it supplied Defendants with such services, had a reasonable expectation of being compensated therefore.

24. The services were conferred upon Defendants at the express request and insistence of Defendants. If Defendants are allowed to retain the benefits conferred upon them by United, without compensating United therefore, Defendants will be unjustly enriched.

25. The reasonable value of all of the services performed by United for the benefit of Defendants was $14,031.80.

26. Notwithstanding repeated demands for payment of the $14,031.80, Defendants have refused to pay any part of the transportation charges and other related charges due to United.

WHEREFORE, United Van Lines, LLC, requests that the Court enter judgment in its favor and against the Defendants, for actual damages in the amount of $14,031.80, together with

interest at the legal rate from the relative dates to the date of judgment, for the costs of this action, and for such other and further relief as the Court deems just and proper.

Dated: January 4, 2008.

                                      Respectfully submitted,

                                      United Van Lines, LLC, Plaintiff

                              By:    /s/ Dennis E. French
                                          Dennis E. French, Esq.

Dennis E. French
ARDC No. 3126101
Jonathan P. Stringer
ARDC No. 6276011
Dombroff Gilmore
Jaques & French, P.C.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel: (312) 781 – 0200
Fax: (312) 781 – 0800
Attorneys for Plaintiff