

FED. ID #43-1881477

FORWARD CORRESPONDENCE TO:
United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| | |

P.O. NO.

| SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | TO |
|---|---|---|
| PAUL BARBARA BELLINGER | NAPERVILLE IL | |

Tariff No.   Miles   /   Lbs. At   Per Cwt. $

FUEL SURCHG-TRANS
INS RELATED REVENUE
FULL VALUE

SERVICES EXCLUDED FROM DISC

NET TOTAL:

**CREDIT SERVICE CHARGE:** We are **required** by federal regulations to assess a credit service charge equal to **one percent** (1.0%) of the amount of the freight bill (subject to a $20 minimum) for all payments postmarked beyond the free credit period. This mandatory charge will be assessed for the initial credit extension **and** for each additional 30-day period the charges go unpaid beyond the free credit period. Charges are payable in U.S. funds.

TOTAL CHARGES

Remit $ _____ if payment postmarked by _____