YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 145**

| In the Matter of | Case Number: |
|---|---|

United Van Lines, LLC
Plaintiff,
v.
Paul Meilinger and Barbara Meilinger,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

UNITED VAN LINES, LLC

| | |
|---|---|
| NAME (Type or print)<br> Jonathan P. Stringer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Jonathan P. Stringer | |
| FIRM<br> Dombroff Gilmore Jaques & French, P.C. | |
| STREET ADDRESS<br> 10 South La Salle, Suite 1120 | |
| CITY/STATE/ZIP<br> Chicago, Illinois 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6276011 | TELEPHONE NUMBER<br> (312) 781-0200 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT