**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 145**

| | | |
|---|---|---|
| **UNITED VAN LINES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| | ) | Judge |
| **PAUL MEILINGER AND** | ) | |
| **BARBARA MEILINGER,** | ) | |
| | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## NOTIFICATION OF AFFILIATES/DISCLOSURE STATEMENT

United Van Lines, LLC, hereby files the Notification of Affiliates/Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 and states:

1. United Van Lines, LLC is a Missouri limited liability company who's sole member is Transportation Services Group, Inc,. which in turn, is a subsidiary of parent holding company, UniGroup, Inc.

2. Unigroup, Inc. is a closely held corporation and; therefore, there is no publicly held company that owns 10% or more of the stock of United Van Lines, LLC.

January 4, 2008

Respectfully submitted,
UNITED VAN LINES, LLC

By: s/ Jonathan P. Stringer
One of its Attorneys

Dombroff & Gilmore, P.C.
Jonathan P. Stringer
ARDC No. 6276011
10 S. La Salle St., Ste. 1120
Chicago, Illinois 60601

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**