# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Nothern District District of Illinois

Case Number: 08 C 145

Plaintiff:
**United Van Lines, LLC**
vs.
Defendants:
**Paul Meilinger and Barbara Meilinger**

For:
    Dombroff & Gilmore

Received by Front Range Legal Process Service, Inc. to be served on **Paul Meilinger, 17 Nature View, Pitsford, NY 14534**. I, _Paul Badura_, being duly sworn, depose and say that on the _8th_ day of _February_, 20_08_ at _4:46 p_.m., executed service by delivering a true copy of the **Summons; Complaint; Exhibits Notification of Docket Entry; Judge Kennelly's Standing Order Regarding Criminal Cases; Civil Case Management Procedures** in accordance with state statutes in the manner marked below:

[X] **INDIVIDUAL SERVICE:** Served the within-named person.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

( ) **POSTING** _____

[X] **DESCRIPTION** ) Age _40_ Sex _M_ Race _White_ Height _5'10"_ Weight _180_ Hair _B/Grey_ Glasses _No_, _Balding_

( ) **NON SERVICE:** See Comments

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _8th_ day of _February_, _2008_ by the affiant who is personally known to me.

_Karen P Darrow_
**NOTARY PUBLIC**

Karen P. Darrow
Notary Public, State of New York
Qualified in Monroe County
Commission Expires Aug. 17, 20_10_
#01[illegible]5000680

_Paul Badura_
Paul Badura
**PROCESS SERVER #** _N/A_
Appointed in accordance
with State Statutes

**Front Range Legal Process Service, Inc.**
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008000419

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 145**

SUMMONS IN A CIVIL CASE

United Van Lines, LLC
   Plaintiffs,

CASE NUMBER:

V.

ASSIGNED JUDGE:

Paul Meilinger and Barbara
Meilinger,
   Defendants.

**JUDGE KENNELLY**
DESIGNATED    **MAGISTRATE JUDGE SCHENKIER**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Paul Meilinger
17 Nature View
Pittsford, New York 14534

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dombroff, Gilmore, Jaques & French
Dennis E. French
10 South Lasalle, Suite 1120
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montano*
**(By) DEPUTY CLERK**



**January 9, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/6/08 |
| NAME OF SERVER *(PRINT)* Paul Badura | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 17 Nature's View, Pittsford, NY 14534

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/08
Date

Signature of Server: Paul Badura

Karen P. Darrow
Notary Public, State of New York
Qualified in Monroe County
Commission Expires Aug. 17, 20 10
#01DA5000680

Address of Server: Rochester, NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.