# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Nothern District District of Illinois

Case Number: 08 C 145

Plaintiff:
**United Van Lines, LLC**
vs.
Defendants:
**Paul Meilinger and Barbara Meilinger**

For:
   Dombroff & Gilmore

Received by Front Range Legal Process Service, Inc. to be served on **Barbara Meilinger, 17 Nature View, Pitsford, NY 14534**. I, _Paul Badura_, being duly sworn, depose and say that on the _6th_ day of _February_, 20_08_ at _4:46 p_.m., executed service by delivering a true copy of the Summons; Complaint; Exhibits Notification of Docket Entry; Judge Kennelly's Standing Order Regarding Criminal Cases; Civil Case Management Procedures in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Paul Meilinger_ as

( ) POSTING _____

(X) DESCRIPTION ) Age _40_ Sex _M_ Race _White_ Height _5'10"_ Weight _180_ Hair _Bl/Gray_ Glasses _No_, Balding

( ) NON SERVICE: See Comments

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _8th_ day of _February_, _2008_ by the affiant who is personally known to me.

_Karen P. Darrow_
NOTARY PUBLIC
Karen P. Darrow
Notary Public, State of New York
Qualified in Monroe County
Commission Expires Aug. 17, 20_10_
#01DA5000680

_Paul Badura_
Paul Badura
PROCESS SERVER # _N/A_
Appointed in accordance
with State Statutes

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008000420

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 145**

SUMMONS IN A CIVIL CASE

United Van Lines, LLC
Plaintiffs,

CASE NUMBER:

V.

ASSIGNED JUDGE:

Paul Meilinger and Barbara
Meilinger,
Defendants.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Barbara Meilinger
17 Nature View
Pittsford, New York 14534

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dombroff, Gilmore, Jaques & French
Dennis E. French
10 South Lasalle, Suite 1120
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_/s/ Yvette Montano_
(By) DEPUTY CLERK

January 9, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 2/6/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul Badura | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ~~17 Hillcrest View~~ ~~Pit~~

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: @ Paul Meilinger

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/08                    Paul Badura
                Date                    Signature of Server

Karen P. Darrow
Notary Public, State of New York
Qualified in Monroe County
Commission Expires Aug. 17, 2010
#01PA5000680

Rochester, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.