## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

United Van Lines, LLC

                         Plaintiff,

v.                                        Case No.: 1:08–cv–00145
                                                        Honorable Matthew F. Kennelly

Paul Meilinger, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 3/3/2008 with plaintiff's attorney appearing. Counsel advises that defendants were served with summons on 2/6/2008 and that he has spoken with an attorney on behalf of the defendants. Defendants are ordered to show cause why an order of default should not be entered. Status hearing continued to 3/19/2008 at 09:30 AM. Plaintiff's counsel is directed to mail a copy of this order to defendants. Mailed notice. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.