UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

United Van Lines, LLC
                              Plaintiff,

v.                                           Case No.: 1:08–cv–00145
                                             Honorable Matthew F. Kennelly

Paul Meilinger, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

    MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 3/19/2008 and continued to 4/2/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.