UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 145 |
| | ) | |
| vs. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| PAUL MEILINGER | ) | Magistrate Judge Schenkier |
| and BARBARA MEILINGER, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties, hereby stipulate and agree that the above referenced matter be dismissed, without prejudice, with the Court retaining jurisdiction over the matter and the Parties herein to enforce the terms of the Parties' Settlement Agreement, each Party to bear its own costs and attorney's fees.

Dated: April 10, 2008

Respectfully submitted,

United Van Lines, LLC, Plaintiff

By:   /s/ Jonathan P. Stringer
        One of Its Attorneys

Dennis E. French
ARDC No. 3126101
Jonathan P. Stringer
ARDC No. 6276011
Dombroff Gilmore Jaques & French, P.C.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel: (312) 781 – 0200
Fax: (312) 781 – 0800
Attorneys for Plaintiff

Respectfully submitted,

PAUL MEILINGER

By: _____
Paul Meilinger
17 Nature View
Pittsford, New York 14534
Defendant

Dated: March ____, 2008

BARBARA MEILINGER

By: _____
Barbara Meilinger
17 Nature View
Pittsford, New York 14534
Defendant

Dated: March ____, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing document, was served upon:

Paul and Barbara Meilinger
17 Nature View
Pittsford, New York 14534

by depositing same in the U.S. Mail on the 10th day of April, 2008 from 10 South LaSalle Street, Chicago, Illinois 60603; and that on April 10, 2008, I filed this document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ Jonathan Stringer
Jonathan Stringer