**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United Van Lines, LLC
       Plaintiff,

v.                Case No.: 1:08–cv–00145
                 Honorable Matthew F. Kennelly

Paul Meilinger, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly: The case is dismissed without prejudice pursuant to the parties' stipulation, with the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. The status hearing of 4/17/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.